UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

| | |
|---|---|
| **OFFICE: TRENTON** | **June 24, 2014** |
| **MAGISTRATE JUDGE: BONGIOVNNI** | DATE OF PROCEEDINGS |
| **ESR: Mark J. Morelli** | |

**TITLE OF CASE**:                                                                 MJ-14-5037 (TJB)

UNITED STATES OF AMERICA,
        V.
LUIS G. ROGERS, SR.

**APPEARANCES:**

Nicholas Grippo, AUSA for Government
Lisa J. Van Hoeck, AFPD for Defendant
Laurie Nadler, Pretrial Services

**NATURE OF PROCEEDING:**     INITIAL APPEARANCE

Application by defendant for appointment of counsel.
Financial affidavit submitted/filed.
Ordered application granted.
Initial appearance held.
Defendant advised of his rights, charges and penalties.
Waiver of preliminary hearing executed and filed.
All parties consent to release.
**Ordered bail set at** $100,000 unsecured bond with co-signor.
Order Setting Conditions of Release to follow.

TIME COMMENCED:     2:30pm
TIME ADJOURNED:     2:40pm                    s/ Mark Morelli
TOTAL TIME: 10 MINUTES                              Deputy Clerk