UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | MAGISTRATE NO. 14-5037 (TJB) |
| v. | : | |
| | : | ORDER |
| LUIS G. ROGERS, SR. | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __24TH__ day of __JUNE__, 2014,

ORDERED that _____LISA J. VAN HOECK_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Tonianne J. Bongiovanni
United States Magistrate Judge

RECEIVED
JUN 24 2014
TONIANNE J. BONGIOVANNI
U.S. MAGISTRATE JUDGE