AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

for the District of New Jersey

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No.   14-5037 (TJB) |
| LUIS G. ROGERS, SR. ) | |
| *Defendant* ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 6/24/2014

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Lisa Van Hoeck
*Printed name and bar number of defendant's attorney*

FPD Trenton, NJ
*Address of defendant's attorney*

lisa_van_hoeck@fd.org
*E-mail address of defendant's attorney*

609-989-2160 ext 212
*Telephone number of defendant's attorney*

609-989-2153
*FAX number of defendant's attorney*

RECEIVED
JUN 24 2014
TONIANNE J. BONGIOVANNI
U.S. MAGISTRATE JUDGE