# United States District Court
## District of New Jersey

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **WARRANT FOR ARREST** |
| v. | |
| LOUIS G. ROGERS, SR. | Case Number: 14-5037   (TJB) |

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Louis G. Rogers, Sr.
**and bring him forthwith to the nearest magistrate to answer a**

__ Indictment   __ Information   _X_ Complaint   __ Order of Court   __ Violation Notice   __ Probation Violation Petition

charging him with (brief description of offense): bank fraud in violation of 18 United States Code, Section 1344.

| | |
|---|---|
| Hon. Tonianne J. Bongiovanni | United States Magistrate Judge |
| **Name of Issuing Officer** | **Title of Issuing Officer** |
| *[signature]* | June 23, 2014, Trenton, New Jersey |
| **Signature of Issuing Officer** | **Date and Location** |

Bail fixed at $ _____ by

**RECEIVED**

JUN 23 2014

TONIANNE J. BONGIOVANNI
U.S. MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 80 High St, Mt Holly, NJ | | |
| Date Received 6/23/14<br>Date of Arrest 6/24/14 | Name and Title of Arresting Officer<br>SA Anthony L DiPietro FBI | Signature of Arresting Officer<br>ADiP |